# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2090
_____

Tasha R. Thomas,                                  *
                                                  *
                 Appellant,                       *
                                                  *    Appeal from the United States
        v.                                        *    District Court for the Western
                                                  *    District of Missouri.
Sprint Spectrum, doing business as                *
Sprint PCS; William Ersey,                        *          [UNPUBLISHED]
                                                  *
                 Appellees.                       *

_____

Submitted:  December 5, 2003

Filed:  December 15, 2003
_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM

        Tasha R. Thomas appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action.  Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

        [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.